IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. 3:16-cr-00011-SLG<br>) |
| GARY FRANKLIN RAY, | )<br>) |
| Defendant. | )<br>) |

**ORDER GRANTING MOTION TO RELEASE PFD FUNDS**

The Government's Motion to Release PFD Funds, for the reasons stated in the motion, is hereby GRANTED.

The attached funds, in the amount of $2,491.00 shall be released from the Court Registry and applied to defendant's unpaid criminal monetary impositions pursuant to 18U.S.C. § 3612(c).

IT IS SO ORDERED.

July 19, 2023       s/SHARON L. GLEASON
DATE      UNITED STATES DISTRICT COURT JUDGE